C15-4070-LTS-KEM

Your Honor:

We have reached a verdict.          /s/

<u>19 Dec 2019</u>
**Date**